IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR324 |
| | ) | |
| ARMANDO RUFINO-JARAMILLO, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

　　　IT IS ORDERED that the following is set for hearing on **August 29, 2005** at **10:30 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　　- Initial Appearance/Arraignment on Indictment

　　　Since this is a criminal case, the defendant must be present, unless excused by the Court.

　　　DATED this 23rd day of August, 2005.

　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　United States Magistrate Judge