**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | 8:05CR324 |
| Plaintiff,           ) | |
| ) | |
| vs.           ) | ORDER |
| ) | |
| ARMANDO RUFINO-JARAMILLO,           ) | |
| ) | |
| Defendant.           ) | |

     This matter is before the court on the motion of Karen M. Shanahan the Office of the Federal Public Defender for the District of Nebraska to withdraw as appointed counsel for the defendant, Armando Rufino-Jaramillo (Rufino-Jaramillo) (Filing No. 22). Since retained counsel, Carlos A. Monzon, has entered an appearance for Rufino-Jaramillo (Filing No. 20), the motion to withdraw (Filing No. 22) is granted. Ms. Shanahan shall forthwith provide Mr. Monzon with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to Rufino-Jaramillo's defense.

     The matter remains scheduled for sentencing before Chief Judge Joseph F. Bataillon on March 3, 2006, at 3:00 p.m. in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

     **IT IS SO ORDERED.**

     DATED this 3rd day of February, 2006.

                                                        BY THE COURT:

                                                        s/Thomas D. Thalken
                                                        United States Magistrate Judge